IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80178 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

Joseph Guy Maiorano – #113876

_____/

     Because Joseph Maiorano has failed to respond to the order to show cause, Mr. Maiorano's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: October 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE